IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| N. DEL RIO, b/n/f Victor Del Rio,<br>    Plaintiff,<br><br>v.<br><br>ERIC HOLDER, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-14-0039 |

### **DISMISSAL ORDER**

In Miscellaneous Case No. 09-76, the Court denied Plaintiff Victor Del Rio's application to proceed *in forma pauperis* and ordered that "Victor Del Rio may not file another suit here without paying the costs." *See* Opinion on Dismissal [Doc. # 2], Misc. Action H-09-76.  In Miscellaneous Case No. 13-2334, the Court denied Del Rio's request for leave to proceed *in forma pauperis*, and ordered him to attach a copy of the Opinion on Dismissal, Doc. # 2 in Miscellaneous Action No. H-09-76, to any future applications to proceed *in forma pauperis* or applications to proceed without prepayment of fees and costs in this Court.  In Miscellaneous Case No. 14-001, Del Rio again sought leave to proceed *in forma pauperis*, but failed to comply with this Court's Order to attach a copy of the 2009 Opinion on Dismissal.

This is yet another lawsuit seeking "immediate equitable legal remedy through INTERVENTION OF RIGHT by the DEFENDANTS."  *See* Verified Emergency

Complaint [Doc. # 1] (emphasis in original).  This lawsuit is virtually identical to a Complaint filed in April 2012, which was virtually identical to a Complaint filed in February 2011, which was virtually identical to a Complaint filed in January 2011.[1] The April 2012 lawsuit (Civil Action No. H-12-1121), the February 2011 lawsuit (Civil Action No. 11-1150), and the January 2011 lawsuit (Civil Action No. H-11-130) were each dismissed.

For the reasons stated in the Order dismissing Civil Action No. 11-130, the Order dismissing Civil Action No. 11-1150, the Dismissal Order in Civil Action No. 12-1121, and herein, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this   **10th**   day of **January, 2014.**

_____
Nancy F. Atlas
United States District Judge

---

[1]  Indeed, Plaintiff has filed more than fifteen lawsuits regarding these same issues, which arise form a custody dispute between Plaintiff and his ex-wife. In each lawsuit, the case was dismissed and/or Plaintiff was denied leave to proceed *in forma pauperis*.